UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

v.

STEPHEN PAUL EDMUND SUTTON                     Case No. 20-cr-252 (APM)

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF INTENT TO REQUEST JUDICIAL REMOVAL

NOTICE IS HEREBY GIVEN TO STEPHEN SUTTON ("the defendant") and to his attorney of record, Justin Weitz, Esq., that upon conviction of the defendant one count of Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds in violation of Title 18, United States Code, Section 666(a)(1)(A), the United States of America shall request that the Court issue a Judicial Removal Order against the defendant pursuant to Section 238[(d)](c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228[(d)](c).

Dated:   Washington, D.C.
         May 17, 2025

                                Respectfully submitted,

                                JEANINE FERRIS PIRRO
                                United States Attorney

              By:    /s/ *Emily A. Miller*
                       Emily A. Miller
                       Assistant United States Attorney
                       D.C. Bar No. 462077
                       601 D Street, N.W. | Washington, D.C. 20530
                       (202) 252-6988 | Emily.Miller2@usdoj.gov